1136

No. 10–441.   JANICE R. *v.* DEBRA H.   Ct. App. N. Y.   Certiorari denied.

No. 10–457.   CHESNEY ET UX. *v.* VALLEY STREAM UNION FREE SCHOOL DISTRICT NO. 24 ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 10–463.   ADDINGTON ET AL., INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED *v.* US AIRLINE PILOTS ASSN.   C. A. 9th Cir.   Certiorari denied.

No. 10–471.   MILLER-GOODWIN *v.* CITY OF PANAMA CITY BEACH, FLORIDA.   C. A. 11th Cir.   Certiorari denied.

No. 10–502.   DIXON *v.* DEUTSCHE BANK NATIONAL TRUST CO. ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 10–503.   ERICKSON ET UX. *v.* CITY OF AUBURN, WASHINGTON.   C. A. 9th Cir.   Certiorari denied.

No. 10–505.   STEVENS *v.* ESTATE OF MYERS.   C. A. 11th Cir. Certiorari denied.

No. 10–510.   TABOR *v.* FREIGHTLINER OF CLEVELAND, LLC. C. A. 4th Cir.   Certiorari denied.

No. 10–518.   HOLMAN, PERSONAL REPRESENTATIVE OF THE ESTATE OF CLIPPERT, DECEASED *v.* RASAK.   Sup. Ct. Mich. Certiorari denied.

No. 10–521.   BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO *v.* ROCKY MOUNTAIN CHRISTIAN CHURCH ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 10–526.   HOLLANDER *v.* COPACABANA NIGHTCLUB ET AL. C. A. 2d Cir.   Certiorari denied.

No. 10–527.   MORALES *v.* CAMPBELL, WARDEN, ET AL.   C. A. 9th Cir.   Certiorari denied.